BEFORE: ARLENE R. LINDSAY  
UNITED STATES MAGISTRATE JUDGE

DATE: **April 17, 2012**  
TIME ON: **3:30**  
TIME OFF: **3:45**

Case No. **12 MJ 384**

Courtroom Deputy: Robert Imrie

Criminal Cause for **INITIAL APPEARANCE**

Defendant: **TARA TULLY**  
Present **✓**   Not Present ___   In Custody **✓**   On Bail/Bond ___

Attorney: **MAUREEN HOERGER**   Ret'd ___ CJA **✓** FD of NY ___

AUSA: **LARA TREINIS GATZ**

Interpreter: ___

ESR Time: **[illegible] 3:33 - 3:45**

**✓** Case Called   **✓** Counsel for all sides present.

___ Order Setting Conditions of Release and Bond entered.  ___ Special Conditions Apply.

___ Order of Detention entered.

**✓** Temporary Order of Detention entered.

Next Court appearance scheduled for **4/20/12 @ 11:30 AM.**

Preliminary Hearing **✓** Waived;  ___ Set for ___

___ Waiver of Speedy Indictment executed from ___ to ___

___ Defendant waives Speedy Trial from ___ to ___

NOTES: ___