UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

TARA Tully

    ORDER
    cr 12mj384

------------------------------------------------------------X

TO: HEALTH SERVICES ADMINISTRATOR
   NASSAU COUNTY CORRECTIONAL CENTER


Above named defendant, is currently detained at the <u>NASSAU COUNTY CORRECTIONAL FACILITY</u>, pending trial. Defendant and Counsel having appeared before this Court for Detention Hearing/Status Conference, advised the Court that he/she is in need of medical attention. The Court brings this matter to your attention so that the inmate's medical problem may be addressed promptly. The specifics of the inmate's medical condition are as follows: *Deft requires medical examination, she is on KEPPRA which is related to seizures resulting from possible alcohol w/drawal.*

SO ORDERED:

Dated: Central Islip, New York
APRIL 17, 2012

s/Arlene R. Lindsay
Arlene Rosario Lindsay
United States Magistrate Judge