BEFORE: ARLENE R. LINDSAY  
UNITED STATES MAGISTRATE JUDGE

DATE: April 20, 2012  
TIME ON: 12:25  
TIME OFF: 12:35

Case No. 12 MJ 384

Courtroom Deputy: Robert Imrie

Criminal Cause for Detention Hearing

Defendant: Tara Tully  
Present ✓   Not Present ___   In Custody ✓   On Bail/Bond ___

Attorney: Maureen Hoerger     Ret'd ___  CJA X  FD of NY ___

AUSA: Lara Treinis Gatz

Interpreter: —

ESR Time: 12:28 - 12:32

✓ Case Called     ✓ Counsel for all sides present.

___ Order Setting Conditions of Release and Bond entered.  ___ Special Conditions Apply.  
✓ Order of Detention entered.  
___ Temporary Order of Detention entered.  
Next Court appearance scheduled for 5/7/12 TIME TO BE SET BY DUTY MAGISTRATE AKT  
Preliminary Hearing ___ Waived; ___ Set for _____.  
___ Waiver of Speedy Indictment executed from _____ to _____.  
___ Defendant waives Speedy Trial from _____ to _____.  
NOTES: _____