FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★ MAY 07 2012 ★

LONG ISLAND OFFICE

DOCKET NUMBER: 12-mj-384

CRIMINAL CAUSE FOR _____

Date Received By Docket Clerk: _____  Docket Clerk Initials: _____
BEFORE JUDGE: E. Thomas Boyle  DATE: 5/7/12  TIME IN COURT ___ HRS ___ MINS
DEFENDANT'S NAME: Tara Tully  DEFENDANTS # _____
☑ Present   ☐ Not Present   ☑ Custody   ☐ Not Custody
DEFENSE COUNSEL: Maureen S. Hoerger
☐ Federal Defender   ☑ CJA   ☐ Retained
A.U.S.A.: Lara Gatz  PRETRIAL/PROBATION OFFICER _____
CASE MANAGER OR MAGISTRATE CLERICAL: L. Lundy
COURT REPORTER: OR ESR OPERATOR _____ TAPE LOG 3:10 - 3:13
INTERPRETER: _____ LANGUAGE: _____

- ☐ Arraignment
- ☐ Change of Plea Hearing (~Util-Plea Entered)
- ☐ In Chambers Conference
- ☐ Pre Trial Conference
- ☐ Initial Appearance
- ☑ Status Conference
- ☐ Telephone Conference
- ☐ Voir Dire Begun     ☐ Voir Dire Held     ☐ Jury selection     ☐ Jury trial
- ☐ Jury Trial Death Penalty     ☐ Sentence enhancement Phase     ☐ Bench Trial Begun
- ☐ Bench Trial Held     ☐ Bench Trial Completed     ☐ Motion Hearing Non Evidentiary
- ☐ Revocation of Probation non contested
- ☐ Revocation of Probation contested
- ☐ Sentencing non-evidentiary
- ☐ Sentencing Contested
- ☐ Revocation of Supervised Release evidentiary
- ☐ Revocation of Supervised Release non-evidentiary

☐ Other Evidentiary Hearing Contested   TYPE OF HEARING _____

**UTILITIES**
- ☐ ~Util-Plea Entered          ☐ ~Util-Add terminate Attorneys        ☐ ~Util-Bond Set/Reset
- ☐ ~Util-Exparte Matter        ☐ ~Util-Indictment Un Sealed            ☐ ~Util-Information Unsealed
- ☐ ~Util-Set/Reset Deadlines   ☐ ~Util-Set/Reset Deadlines/Hearings
- ☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings    ☐ ~Util-Terminate Motions
- ☐ ~Util-Terminate Parties     ☐ ~Util-Set/Reset Hearings

Speedy Trial Start: _____ Speedy Trial Stop: _____ CODE TYPE: _____
Do these minutes contain ruling(s) on motion(s)? ☐ YES   ☐ NO

**TEXT**
Waiver of Speedy Indictment Start date 5/7/12 Stop date 6/7/12. S/C for June 7, 2012.