BEFORE: GARY R. BROWNDATE: 4/26/2013
UNITED STATES MAGISTRATE JUDGETIME: 2:00 PM

Case No.  MJ 12-384Courtroom Deputy: Lauren Brienza
Case Name USA v. Tully

CRIMINAL CAUSE FOR ARRAIGNMENT

Defendant:  Tara Tully
Present  X    Not Present____    In Custody  X    On Bail/Bond____

Attorney: Alan NelsonRetained____   CJA x   Federal Defenders____

AUSA: Lara Gatz

Interpreter:____

ESR Time:   2:24-2:40

 X   Case Called X   Counsel for all sides present.

 x   Initial Appearance and Arraignment

____ Order Setting Conditions of Release and Bond Entered. ____ Special Conditions Apply.

____ Order of Detention entered.

  X   Temporary Order of Detention entered.  Detention hearing scheduled for 5/6/2013 before the Duty Magistrate.

Next Court appearance scheduled for _____.

Preliminary hearing  x   Waived;  x   Set for _____.

____ Waiver of Speedy Indictment executed from _____ To _____.

____ Defendant waives Speedy Trial from _____ To _____.

NOTES:  Dft arraigned on superseding complaint.  CJA counsel Maureen Hoerger relieved. Alan Nelson appointed as CJA counsel.